UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK, and RUTH A. NEWKIRK,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONAGRA FOODS, INC., a Delaware Corporation, et al.,<br><br>　　　　　　Defendants. | No. CV-08-0273-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the parties' stipulated request for the dismissal of Plaintiffs' Count IV, only, of their Complaint (Ct. Rec. 45); Now, therefore

**IT IS HEREBY ORDERED:**

1.　Plaintiffs' Count IV of their Complaint is **DISMISSED without prejudice**.

2.　Defendant Givaudan Flavors Corporation's Motion to Dismiss (**Ct. Rec. 35**) is **DENIED as moot**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___22nd___ day of October, 2008.

　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　Senior United States District Judge

ORDER - 1