ROGER L. HILLMAN
LAM NGUYEN-BULL
GARVEY SCHUBERT BARER
1191 Second Avenue, Eighteenth Floor
Seattle, Washington 98101-2939
(206) 464-3939
(206) 464-0125 (fax)

VICTORIA J. MILLER, admitted *pro hac vice*
THOMAS J. SULLIVAN, admitted *pro hac vice*
AMANDA M. BRUNO, admitted *pro hac vice*
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215)963-5000
(215)963-5001 (fax)

Honorable Fred Van Sickle
Provisional Hearing Date:
October 2, 2009
Hearing Time: *no oral argument requested*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK AND RUTH A. NEWKIRK,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAGRA FOODS, INC., a Delaware corporation, *et al*.,<br><br>Defendants. | Case No. CV-08-0273-FVS<br><br>**ORDER GRANTING JOINT MOTION OF PLAINTIFFS AND DEFENDANT GIVAUDAN FLAVORS CORPORATION TO DISMISS DEFENDANT GIVAUDAN FLAVORS CORPORATION WITH PREJUDICE** |

This matter has come before the Court on the joint motion of Plaintiffs and Defendant Givaudan Flavors Corporation ("Givaudan") to dismiss all claims against Givaudan with prejudice and without costs to either party pursuant to Fed.R.Civ.P. 41(a)(2). The Court, having considered the motion setting forth that Plaintiffs and Givaudan have settled all issues between them, have agreed to a

ORDER GRANTING JOINT MOTION TO
DISMISS WITH PREJUDICE (CV-08-0273) - 1
SEA_DOCS:934556.1 [14580-00100]

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939*

1  dismissal with prejudice and have further agreed that each party shall bear its own
2  costs, NOW, THEREFORE
3      IT IS HEREBY ORDERED:
4    1.   Plaintiffs and Defendant Givaudan's joint motion to expedite (Ct.
5         Rec. 132) is **GRANTED**.
6    **2.**  Plaintiffs and Defendant Givaudan's joint motion to dismiss with
7         prejudice (Ct. Rec. 130) is **GRANTED;** and it is
8      FURTHER ORDERED that all of Plaintiffs' claims as to Defendant
9  Givaudan <u>only</u> in this case are dismissed with prejudice and without costs to any
10 party.
11     DONE this 20th day of August, 2009.

              s/ Fred Van Sickle
              Honorable Fred Van Sickle
              Senior United States District Judge

ORDER GRANTING JOINT MOTION TO
DISMISS (CV-08-0273) - 2
SEA_DOCS:934556.1 [14580-00100]

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939