UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK and RUTH A. NEWKIRK, | No. CV-08-273-FVS |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS |
| CONAGRA FOODS, INC., a Delaware corporation, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court without oral argument for consideration of two motions; no party having objected; Now, therefore

**IT IS HEREBY ORDERED:**

1. The "Motion to Expedite Hearing on Motion to Dismiss Defendants International Flavors and Fragrances, Inc. and Bush Boake Allen, Inc." (**Ct. Rec. 146**) is **granted.**

2. The "Motion of Plaintiffs to Dismiss International Flavors & Fragrances, Inc. and Bush Boake Allen, Inc. without prejudice" (**Ct. Rec. 144**) is **granted.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this __30th__ day of October, 2009.

_s/Fred Van Sickle_
Fred Van Sickle
Senior United States District Judge

ORDER - 1