```
1  GREGORY J. ARPIN
   ANDREW J. MITCHELL
2  PAINE HAMBLEN LLP
   717 West Sprague Avenue, Suite 1200
3  Spokane, Washington 99201-3505
   (509) 455-6000
4
   Attorneys for Defendant,
5  ConAgra Foods, Inc.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK and RUTH A. NEWKIRK, | No. CV-08-273-RMP |
| Plaintiffs, | DEFENDANTS' JOINT MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF PLAINTIFFS' EXPERT DR. EGILMAN |
| vs. | |
| CONAGRA FOODS, INC., et al., | |
| Defendants. | |

Defendants ConAgra Foods, Inc., Symrise, Inc., and Chr. Hansen, Inc. ("Defendants"), by and through their counsel of record, respectfully move for entry of an Order to Exclude the Specific Causation Testimony Plaintiffs' Expert Dr. Egilman.

Defendants' motion is made pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). This motion is based upon the Memorandum of Authorities and Declaration of Elizabeth Citurs

MOTION TO EXCLUDE THE TESTIMONY
OF DR. EGILMAN - 1

PAINE HAMBLEN LLP
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  filed herewith and the file and record herein. Gregory J. Arpin, counsel for
2  defendant ConAgra Foods, Inc. and the filer of this motion, confirms that the
3  content of this document is acceptable to all persons whose electronic signatures
4  appear below.

5      DATED this 8th day of March, 2010.

6            s/ Jerry W. Blackwell
          Jerry W. Blackwell
7            Lead Attorney for Defendant,
          ConAgra Foods, Inc.
8            Blackwell Burke P.A.
          431 S. Seventh St., Ste. 2500
9            Minneapolis, MN  55415
          Telephone:  (612) 343-3200
10           Fax:  (612) 343-3205
          Email:  jblackwell@blackwellburke.com
11

12     DATED this 8th day of March, 2010.

13           s/ Gregory J. Arpin
          Gregory J. Arpin, WSBA #2746
14           Local Attorney for Defendant,
          ConAgra Foods, Inc.
15           Paine Hamblen LLP
          717 W. Sprague Ave., Ste. 1200
16           Spokane, WA  99201-3505
          Telephone:  (509) 455-6000
          Fax: (509) 838-0007
17           Email:  greg.arpin@painehamblen.com

18     DATED this 8th day of March, 2010.

19           s/ David E. Kawala
          David E. Kawala
20           Lead Attorney for Defendant,
          Symrise, Inc.
21           Swanson, Martin & Bell, LLP
          330 N. Wabash, Ste. 3300
22           Chicago, IL  60611
          Telephone: (312) 321-8436
23           Fax: (312) 321-0990
          Email:  Dkawala@smbtrials.com
24

25

1
2          DATED this 8th day of March, 2010.

3                                  s/ Christopher W. Angius
                                   Christopher W. Angius, WSBA #26120
4                                  Lead Attorney for Defendant,
                                   Chr. Hansen, Inc.
5                                  Holland & Knight LLP
                                   111 S.W. Fifth Ave., Ste. 2300
6                                  Portland, OR  97204
                                   Telephone:  (503) 243-2300
7                                  Fax: (503) 241-8014
                                   Email:  chris.angius@hklaw.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2010, I electronically filed the foregoing DEFENDANTS' JOINT MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF PLAINTIFFS' EXPERT DR. EGILMAN with the Clerk of the Court using the CM/ECF System, which will send email notification of such filing to the following:

Christopher William Angius
chris.angius@hklaw.com
seth.row@hklaw.com
jennifer.kilbourn@hklaw.com
didi.young@hklaw.com

Gregory J. Arpin
greg.arpin@painehamblen.com
bruce.bennett@painehamblen.com

Jerry W. Blackwell
Blackwell@blackwellburke.com
kmartin@blackwellburke.com
kbranch@blackwellburke.com

Kevin H. Breck
khb@winstonchashatt.com
arf@winstoncashatt.com
emc@winstoncashatt.com

J. David Brittingham
david.brittingham@dinslaw.com

Scott A. Britton-Mahlisch
sbm@hfmlegal.com
cir@hfmlegal.com

Amanda M. Bruno
abruno@morganlewis.com

Alison B. Crane
arcane@smbtrials.com
rhoffer@smbtrials.com

Steven E. Crick
sec@hfmlegal.com
cir@hfmlegal.com

Kevin M. Donovan
kdonovan@morganlewis.com
skulikausky@morganlewis.com

Richard C. Eymann
eymann@eahjlaw.com
dstevens@eahjlaw.com
drlatta@eahjlaw.com

Corey L. Gordon
cgordon@blackwellburke.com
ehanson@blackwellburke.com

Roger L. Hillman
rhillman@gsblaw.com
merowley@gsblaw.com

Daniel L. Jones, Jr.
daniel.jones@dinslaw.com
pbennett@dinslaw.com

| | |
|---|---|
| David Kawala<br>dkawala@smbtrials.com<br>tdaloisi@smbtrials.com | Mary-Jo Middelhoff<br>maryjo@middelhoff@dinslaw.com<br>amy.winter@dinslaw.com |
| Christopher R. Miller<br>crm@hfmlegal.com<br>Andrew J. Mitchell<br>andrew.mitchell@painehamblen.com<br>terry.york@painehamblen.com | Victoria J. Miller<br>vmiller@morganlewis.com<br>W. Brendan Murphy<br>bmurphy@perkinscoie.com<br>docketseapl@perkinscoie.com<br>rtoepper@perkinscoie.com |
| Huyen-Lam Q. Nguyen-Bull<br>hqnguyen@gsblaw.com<br>dbarrientes@gsblaw.com | Grant Josiah Silvernale, III<br>JSilvernale@perkinscoie.com<br>sbilger@perkinscoie.com<br>docketseapl@perkinscoie.com |
| Thomas J. Sullivan<br>tsullivan@morganlewis.com | Frank C. Woodside, III<br>frank.woodside@dinslaw.com |
| Elizabeth Citurs<br>eciturs@blackwellburke.com<br>csoderberg@blackwellburke.com | Micah Mitchell Hines<br>mhines@blackwellburke.com |
| Andrew K. Smith<br>aks@hfmlegal.com<br>hmf2@hfmlegal.com | |

There are no non-CM/ECF participants for this case.

s/ Gregory J. Arpin
Gregory J. Arpin, WSBA #2746
Attorney for Defendant,
ConAgra Foods, Inc.

Paine Hamblen LLP
717 W. Sprague Ave., Ste. 1200
Spokane, WA 99201-3505
Telephone: (509) 455-6000
Fax: (509) 838-0007
Email: greg.arpin@painehamblen.com

I:\Spodocs\36238\00001\PLEAD\00795846.DOC