AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Larry I. Newkirk and Ruth A. Newkirk,

              Plaintiffs,

                 v.

Conagra Foods, Inc., et al,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-273-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Joint Motion for Summary Judgment of Dismissal of Plaintiffs' claims, Ct. Rec. 243, is GRANTED. Plaintiffs' claims are dismissed with prejudice. File closed.

July 2, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer