KENNETH B. McCLAIN, *pro hac vice*
STEVEN E. CRICK, *pro hac vice*
CHRISTOPHER R. MILLER, *pro hac vice*
Humphrey, Farrington & McClain, P.C.
221 W. Lexington, Suite 400
Independence, MO 64050
(816) 836-5050

RICHARD C. EYMANN
Eymann Allison Hunter Jones, P.S.
2208 W. Second Ave.
Spokane, WA 99021
(509) 747-0101

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK and RUTH A. NEWKIRK, | No. CV-08-273-RMP |
| Plaintiffs, | STIPULATION OF DISMISSAL OF DEFENDANT SYMRISE, INC. |
| vs. | |
| CONAGRA FOODS, INC., a Delaware corporation, et al., | |
| Defendants. | |

COME NOW Plaintiffs and Defendant Symrise, Inc. and jointly stipulate that this claim be dismissed with prejudice as to Defendant Symrise, Inc. ONLY, with each party to bear their own costs. This settlement and release do not result in settlement or dismissal of any other party.

Stipulation of Dismissal of Defendant Symrise, Inc. - 1

1    DATED this 21st day of July, 2010.

2

3                     Respectfully submitted,

4                     HUMPHREY, FARRINGTON & McCLAIN, P.C.

5

6                     _s/ Christopher R. Miller_____
Kenneth B. McClain, Pro Hac Vice

7                     Steven E. Crick, Pro Hac Vice
Christopher R. Miller, Pro Hac Vice

8                     221 West Lexington, Suite 400

9                     Independence, Missouri 64051
Telephone: (816) 836-5050

10                   Facsimile:  (816) 836-8966

11

12                   and

13                   EYMANN ALLISON HUNTER JONES, P.S.

14

15                   _s/ Richard C. Eymann_____
Richard C. Eymann, WSBA #7470

16                   2208 W. Second Ave.

17                   Spokane, WA 99021
(509) 747-0101

18

19                   ***ATTORNEYS FOR PLAINTIFFS***

20

21                   _s/David E. Kawala_____
David E. Kawala

22                   Alison Crane

23                   Swanson Martin & Bell
330 North Wabash, Suite 3300

24                   Chicago, IL 60611

25                   Telephone:        (312) 321-9100
Facsimile:  (312) 321-0990

26                   dkawala@smbtrials.com

27                   Acrane@smbtrials.com

28  Stipulation of Dismissal of Defendant Symrise, Inc. - 2

1

and

2

3   ___s/Grant Josiah Silvernale III_____

4   Grant Josiah Silvernale III
    Perkins Coie LLP

5   1201 3rd Avenue, 48th Floor
    Seattle, WA 98101-3099

6   Telephone:        (206) 359-8883
    Facsimile:  (206) 359-9355

7   Jsilvernale@perkinscoie.com

8

9   ***ATTORNEYS FOR SYMRISE, INC.***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Dismissal of Defendant Symrise, Inc. - 3

1

## CERTIFICATE OF SERVICE

2

3    I, Richard C. Eymann, hereby certify that on the 21st day of July, 2010, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF System which will send notification of such filing to the following participants:

4

5

6                                        s/Richard C. Eymann
                                    **RICHARD C. EYMANN**
7

8    Gregory J. Arpin                         Christopher W. Angius
9    PAINE HAMBLEN, LLP                       Didi Young
10   717 W. Sprague Avenue, Suite 1200        HOLLAND & KNIGHT LLP
     Spokane, WA 99201-3505                   111 SW Fifth Avenue, Suite 2300
11   Telephone:  (509) 455-6000,  x6398       Portland, OR 97204
     Facsimile:  (509) 838-0007               Telephone:  (503) 243-2300
12   greg.arpin@painehamblen.com              Facsimile:  (503) 241-8014
13   **Counsel for ConAgra Foods, Inc.,**     Chris.angius@hklaw.com
                                              Didi.young@hklaw.com
14                                            **Counsel for Chr Hansen, Inc.**
     David E. Kawala
15   Alison Crane
     Swanson Martin & Bell                    Corey L. Gordon
16   330 North Wabash, Suite 3300             Jerry Blackwell
17   Chicago, IL 60611                        BLACKWELL BURKE, P.A.
     Telephone:  (312) 321-9100               431 South 7th Street, Suite 250
18   Facsimile:  (312) 321-0990               Minneapolis, MN 55415
19   dkawala@smbtrials.com                    Telephone:  (612) 343-3266
     Acrane@smbtrials.com                     Facsimile:  (612) 343-3205
20        and                                 cgordon@blackwellburke.com
21   Grant Josiah Silvernale III              **Counsel for ConAgra Foods, Inc.**
     Perkins Coie LLP
22   1201 3rd Avenue, 48th Floor
23   Seattle, WA 98101-3099
     Telephone:  (206) 359-8883
24   Facsimile:  (206) 359-9355
25   Jsilvernale@perkinscoie.com
     **Counsel for Symrise, Inc.**
26

27

28

Stipulation of Dismissal of Defendant Symrise, Inc. - 4