UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY I. NEWKIRK and RUTH A. NEWKIRK, | No.   CV-08-273-RMP |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| CONAGRA FOODS, INC., a Delaware corporation, *et al.*, | |
| Defendants. | |

Notice is hereby given that Dr. David Egilman, expert witness for plaintiffs Larry and Ruth Newkirk in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Memorandum Opinion and Order entered in this action on July 2, 2010 in which the Court granted defendant ConAgra Food, Inc.'s motions to exclude the testimony of Dr. Egilman.

DATED this 28th day of July, 2010.

*Philip A. Talmadge*

Philip. A. Talmadge, WSBA #69730
Talmadge/Fitzpatrick
18010 Southcenter Pkwy.
Tukwila, WA 98188
(206) 574-6661
Attorney for Dr. David Egilman
phil@tal-fitzlaw.com

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188
(206) 574-6661 (206) 575-1397 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Attorneys for Plaintiffs Newkirk:<br>Kenneth B. McClain, *pro hac vice*<br>Steven E. Crick, *pro hac vice*<br>Christopher R. Miller, *pro hac vice*<br>Humphrey, Farrington & McClain, P.C.<br>221 W. Lexington, Suite 400<br>Independence, MO 64051<br>Phone: (816) 836-5050<br>Fax: (816) 838-8966<br>sec@hfmlegal.com<br>kbm@hfmlegal.com<br>crm@hfmlega.com | Attorney for Plaintiffs Newkirk:<br>Richard C. Eymann, WSBA #7470<br>Eymann Allison Hunter Jones, P.S.<br>2208 West 2nd Ave.<br>Spokane, WA 99021-5417<br>Phone: (509) 747-0101<br>Fax: (509) 458-5977<br>eymann@eahjlaw.com<br>dstevens@eahjlaw.com<br>drlatta@eahjlaw.com |
| Attorney for Plaintiffs Newkirk:<br>Gregory Leyh<br>Gregory Leyh, P.C.<br>104 NE 72nd St., Suite I<br>Gladstone, MO 64118<br>Phone: (816) 283-3380<br>Fax: (816) 283-0489<br>gleyh@leyhlaw.com | Counsel for ConAgra Foods, Inc.<br>Gregory J. Arpin, WSBA #2746<br>Paine Hamblen, LLP<br>717 W. Sprague Avenue, Suite 1200<br>Spokane, WA 99201-3505<br>Phone: (509) 455-6000 ext 6398<br>Fax: (509) 838-0007<br>greg.arpin@painehamblen.com |
| Attorneys for Defendant Chr. Hansen, Inc.:<br>Christopher W. Anguis, WSBA #26120<br>Didi Young<br>Holland & Knight, LLP<br>111 SW 5th Avenue, Suite 2300<br>Portland, OR 97204<br>Phone: (503) 243-2300<br>Fax: (503) 241-8014<br>chris.anguis@hklaw.com<br>didi.young@hklaw.com | Attorneys for Defendant ConAgra Foods, Inc.:<br>Corey L. Gordon<br>Jerry Blackwell<br>Blackwell Burke, P.A.<br>431 S. 7th St., Suite 250<br>Minneapolis, MN 55415<br>Phone: (612) 343-3266<br>Fax: (612) 343-3205<br>cgordon@blackwellburke.com<br>blackwell@blackwellburke.com |

DATED: July 28 2010, at Tukwila, Washington.

Paula Chapler
paula@tal-fitzlaw.com
Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, WA 98188

Notice of Appeal - 2